IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID MARQUEZ,

    Plaintiff,

v.                                                            Civ. No. 23-0067 KG-GBW

THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO, *et al*,

    Defendants.

ORDER EXTENDING AMENDMENT DEADLINE

This matter comes before the Court on the Letter-Motion to Extend Time filed by Plaintiff's relative. (Doc. 20) (Letter-Motion). Plaintiff is incarcerated and proceeding *pro se*. By a Memorandum Opinion and Order entered January 23, 2024, the Court directed Plaintiff to file an amended prisoner civil rights complaint within thirty days. (Doc. 19). The Letter-Motion requests an unspecified extension because Plaintiff is also working on a settlement offer. (Doc. 20) at 1. Courts ordinarily do not permit one *pro se* party to file documents on behalf of another, even where the filer has power of attorney. *See Fymbo v. State Farm Fire & Cas. Co.*, 213 F.3d 1320, 1321 (10th Cir. 2000) ("A litigant may bring his own claims to federal court without counsel, but not the claims of others."); *Estate of Keatinge v. Biddle*, 316 F.3d 7, 14 (1st Cir. 2002) ("[T]he holder of a power of attorney is not authorized to appear *pro se* on behalf of the grantor"); *Williams v. United States*, 477 Fed. App'x 9, 10 (3d Cir. 2012) (same). However, because the Court is now aware that Plaintiff cannot comply with the original amendment deadline, the requested extension will be granted in this one instance.

Plaintiff must amend his complaint no later than April 8, 2024. Plaintiff is further warned

that he must sign and submit his own documents in the future.   The Court may decline to consider any additional filings from Plaintiff's relatives or other *pro se* parties in this case.

IT IS ORDERED:

1. The Letter-Motion to Extend Time (Doc. 20) is granted.

2. The deadline for Plaintiff to file an amended complaint is extended through April 8, 2024.

_____
UNITED STATES DISTRICT JUDGE